## A. L. St. George, Appellant, v. James A. Printy, Appellee.

### Gen. No. 22,530.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded. Opinion filed February 5, 1917.

### Statement of the Case.

Action by A. L. St. George, plaintiff, against James A. Printy, defendant, plaintiff claiming false and fraudulent representations in the sale by defendant to her of a violin. From a judgment for defendant, on trial by the court, plaintiff appeals.

M. J. ST. GEORGE, for appellant.

CHARLES DANIELS and MICHAEL P. MORRISSEY, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. WITNESSES, § 41*—*when husband is competent witness in action by wife.* The husband of a party to an action is a competent witness for the wife in such action where the separate property of the wife is involved or where he acted as her agent.

2. HUSBAND AND WIFE, § 135*—*when evidence sufficient to show agency of husband for wife.* In an action by a wife against a third person to recover damages for the fraudulent sale of a violin to plaintiff, evidence *held* sufficient to sustain a finding that the husband acted as agent for the wife in making the purchase although she was present at the time of the sale and took some part in the conversation relating to such sale.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.